# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:20−cv−01118−VM

| | |
|---|---|
| Foreman v. Fred Segal, LLC | Date Filed: 02/09/2020 |
| Assigned to: Judge Victor Marrero | Date Terminated: 11/13/2020 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Star Foreman**  represented by  **Richard Liebowitz**
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Suite 305
Valleystream, NY 11580
516−233−1660
Email: RL@LiebowitzLawFirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fred Segal, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2020 | Ï 1 | COMPLAINT against Fred Segal, LLC. (Filing Fee $ 400.00, Receipt Number ANYSDC−18739747)Document filed by Star Foreman. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Liebowitz, Richard) (Entered: 02/09/2020) |
| 02/09/2020 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Fred Segal, LLC, re: 1 Complaint. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 02/09/2020) |
| 02/10/2020 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Richard Liebowitz. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (sj)** (Entered: 02/10/2020) |
| 02/10/2020 | Ï | ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM COPYRIGHT. Notice to Attorney Richard Liebowitz to submit a completed AO 121 Form Copyright to court for review. Use the event type AO 121 Copyright − Notice of Submission by Attorney found under the event list Other Documents. (sj)** (Entered: 02/10/2020) |
| 02/10/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(sj) (Entered: 02/10/2020) |

| | | |
|---|---|---|
| 02/10/2020 | Ï | Magistrate Judge Kevin Nathaniel Fox is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 02/10/2020) |
| 02/10/2020 | Ï | Case Designated ECF. (sj) (Entered: 02/10/2020) |
| 02/10/2020 | Ï 3 | ELECTRONIC SUMMONS ISSUED as to Fred Segal, LLC..(sj) (Entered: 02/10/2020) |
| 02/10/2020 | Ï 4 | CIVIL COVER SHEET filed..(Liebowitz, Richard) (Entered: 02/10/2020) |
| 07/27/2020 | Ï 5 | NOTICE of Order. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 07/27/2020) |
| 09/02/2020 | Ï 6 | ORDER: Accordingly, it is hereby ordered that plaintiff is directed to advise the Court within seven (7) days of the date of this Order of plaintiffs contemplation with regard to further prosecution of this action. In the event no timely response to this Order is submitted by that date the Court may dismiss the complaint without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. So Ordered. (Signed by Judge Victor Marrero on 9/2/2020) (js) (Entered: 09/02/2020) |
| 09/02/2020 | Ï 7 | AFFIDAVIT OF SERVICE. Fred Segal, LLC served on 2/11/2020, answer due 3/3/2020. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 09/02/2020) |
| 09/08/2020 | Ï 8 | LETTER addressed to Judge Victor Marrero from Richard Liebowitz dated September 8, 2020 re: Status Letter. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 09/08/2020) |
| 10/09/2020 | Ï 9 | STATUS REPORT. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 10/09/2020) |
| 11/12/2020 | Ï 10 | PROPOSED STIPULATION AND ORDER. Document filed by Star Foreman..(Liebowitz, Richard) (Entered: 11/12/2020) |
| 11/13/2020 | Ï 11 | STIPULATION REGARDING TRANSFER OF VENUE: IT IS FURTHER AGREED that Defendant shall file its response or answer to the Complaint within two (14) days after it receives notice that the United States District Court for the Central District of California has opened and assigned a docket number to this matter. Notice may be by e–mail from the clerk, through ECF, or by e–mail from counsel for Plaintiff. SO ORDERED. (Signed by Judge Victor Marrero on 11/13/2020) (jca) (Entered: 11/13/2020) |
| 11/13/2020 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Central District of California. (jca) (Entered: 11/13/2020) |